## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ELLEN MALAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2017-cv-03722 |
| ) | |
| PRESENCE CENTRAL AND ) | Judge: Manish S. Shah |
| SUBURBAN HOSPITALS NETWORK, ) | |
| d/b/a PRESENCE SAINT JOSEPH ) | |
| MEDICAL CENTER, an Illinois ) | |
| corporation, ) | |
| ) | |
| Defendant. ) | |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, ELEN MALAS, by and through her attorney, Seth R. Halpern of Malkinson & Halpern, P.C., and Defendant, PRESENCE CENTRAL AND SUBURBAN HOSPITALS NETWORK d/b/a PRESENCE SAINT JOSEPH MEDICAL CENTER, by and through its attorney, Cheryl Luce of Seyfarth Shaw, LLC., hereby stipulate, pursuant to settlement agreement between the parties, to the dismissal of all claims against Defendant with prejudice, with each party to bear its own costs and fees. The Court shall retain jurisdiction solely for the purpose of enforcing the terms of the settlement.

Consented to by:

| Attorney for Plaintiff: | Attorney for Defendant: |
|---|---|
| s/Seth R. Halpern | s/Cheryl Luce |
| Seth R. Halpern | Cheryl Luce |
| MALKINSON & HALPERN, P.C. | SEYFARTH SHAW LLP |
| 33 N. Dearborn Street, Suite 1540 | 233 South Wacker Dr., Suite 8000 |
| Chicago, Illinois 60602 | Chicago, Illinois 60602 |
| (312) 427-9600 | (312) 427-9600 |
| shalpern@mhtriallaw.com | |